PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRNA MEDINA,<br><br>Defendant. | CASE NO. 1:21-CR-00303<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 9, 2021, and it appears it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: June 20, 2023                                         PHILLIP A. TALBERT
                                                             United States Attorney


                                                      By:   */s/ Stephanie M. Stokman*
                                                             STEPHANIE M. STOKMAN
                                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MIRNA MEDINA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:21-CR-00303<br><br>ORDER TO UNSEAL INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 9, 2021 be unsealed and become public record.

DATED: June 20, 2023

/s/ Barbara A. McAuliffe
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE