HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00303-2-JLT-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| MIRNA MEDINA, | |
| *Defendant,* | |

Defendant, Mirna Medina, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA counsel. The Federal Defenders has a conflict.

On December 9, 2021, an Indictment was issued in the above captioned case. Ms. Medina had an initial appearance on the allegations in the Central District of California on June 15, 2023, at which time the Court appointed counsel and ordered her released. Counsel in the Eastern District of California is needed in advance of arraignment in order to facilitate her appearance on July 5, 2023, in this district on the pending charges.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed to facilitate her appearance.

DATED: June 22, 2023            */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

    Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __June 22, 2023__            /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE