1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:21-CR-00303-2-JLT |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| MIRNA MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to her financial

inability to employ counsel or has otherwise satisfied this Court that she is financially unable to

obtain counsel and wishes counsel be appointed to represent her.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Timothy P. Hennessy be appointed to represent the

above defendant in this case effective *nunc pro tunc* to June 22, 2023.

This appointment shall remain in effect until further order of this court, or until the

pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:  __**June 23, 2023**__          ____/s/ *Barbara A. McAuliffe*____

UNITED STATES MAGISTRATE JUDGE

-1-