**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for MIRNA MEDINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRNA MEDINA,<br><br>Defendant. | No. 1:21-cr-00303-2 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On December 9, 2021, Mirna Medina was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Ms. Medina on 1:21-cr-00303-2 JLT in her criminal case. Ms. Medina was sentenced pursuant to a plea agreement on January 6, 2025. The time for filing a direct appeal was January 30, 2025. No direct appeal was filed. Ms. Medina was out custody at sentencing. Having completed his representation of Ms. Medina, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Medina require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: February 3, 2025                                    Respectfully submitted,

                                       /s/*Timothy Hennessy*
                                       Timothy Hennessy
                                       Attorney for Mirna Medina

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Mirna Medina at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Mirna Medina

2211 East San Marcus Street

Compton, CA 90221

IT IS SO ORDERED.

Dated:  **February 3, 2025**                                    */s/ Jennifer L. Thurston*
                                                                            UNITED STATES DISTRICT JUDGE